UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN CARANCHINI.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRINET GREELEE et al.,<br><br>　　　　　Defendants. | Case No. 14-CV-2334<br><br>**ORDER TO SHOW CAUSE**<br><br>[Re Docket No. 5] |

On June 26, 2014 the court ordered plaintiff to file a paper informing the court of the outcome of his criminal proceedings in Monterey County by July 14, 2014. The order was sent by email to plaintiff that same day, and mailed to plaintiff on July 8, 2014. The court has not received a response**. Accordingly, plaintiff is ORDERED to show cause by August 22, 2014 why his case should not be dismissed for failure to respond to the court's question and diligently prosecute his case**. The response must also inform the court of the status of plaintiff's criminal proceedings. If no response is received, the case will be dismissed.

Dated: August 5, 2014

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

ORDER TO SHOW CAUSE
Case No. 14-CV-2334-RMW
LM

- 1 -