UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN CARANCHINI.<br><br>        Plaintiff,<br><br>v.<br><br>BRINET GREELEE et al.,<br><br>        Defendants. | Case No. 14-CV-2334<br><br>**ORDER DISMISSING CASE**<br><br>[Re Docket No. 9] |

Plaintiff Benjamin Caranchini appeared at the Order to Show Cause hearing on August 29, 2014 and orally moved to have his case dismissed without prejudice until the conclusion of the criminal proceedings that form a part of his § 1983 claims. Dkt. No. 9 (minute entry). Accordingly, the case is dismissed without prejudice.

Dated: August 29, 2014

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

ORDER
Case No. 14-CV-2334-RMW
LM

- 1 -